(Rev 3/18)

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# WITNESS LIST

---

**Case No.:** 3:21-cr-00037-01-JMK-DMS    **Magistrate Judge:** DEBORAH M. SMITH

**Title:** U.S.A.
   vs. **MIGUEL PINEIRO JR.**

**Dates of Hearing/Trial:** April 9, 2021

**Deputy Clerk/Recorder:** KATRINA CROSSLEY

**Official Reporter:** NONE PRESENT

## WITNESSES

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|------|------------|----------|-----|--------------|-----------|
| 4/9/2021 | 2:18 PM | 2:27 PM | W-1 | MELISSA MCCRAE | DEF |
| | | | | | |
| | | | | | |