IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MIGUEL PINEIRO, JR.,<br><br>　　　　　Defendant. | Case No. 3:21-cr-00037-JMK<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　　　Before the Court is the United States' Motion to Dismiss Indictment ("Motion") at Docket 246 and Mr. Pineiro's Notice of Non-Opposition ("Notice") at Docket 247. Having duly considered both the Motion and Notice, pursuant to Fed. R. Crim. P. 48(a), the Motion at Docket 246 is hereby **GRANTED**. The Indictment at Docket 34 is dismissed without prejudice. All pending motions are **DENIED AS MOOT**. All other pending deadlines are **VACATED**. The Clerk of Court shall prepare a judgment of discharge.

　　　　**IT IS SO ORDERED** this 7th day of February, 2024, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Joshua M. Kindred*
　　　　　　　　　　　　　　　　　　　　　　　　JOSHUA M. KINDRED
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge